```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE GUILLERMO ALVAREZ VARGAS,

                Plaintiff,

-against-

ORENCO FUNDING GROUP, INC., and
SEAN NASAB

                Defendants.
-------------------------------------------------------------------X

24-CV-1247 (VEC)

**ORDER OF
DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendants that any and all claims asserted by Plaintiff in the above-entitled action are hereby discontinued and dismissed, with prejudice, as against Defendants, without costs or attorneys' fees to any party as against another, except as specified in the parties' settlement agreement.

Dated: September 09, 2024
        Chicago, IL

_____
Daniel Schlade, Esq.
Juscticia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646

*Attorneys for Plaintiff*

Dated: September 09, 2024
        New York, NY

_____
Joshua Beldner, Esq.
Tilton Beldner LLP
626 RXR Plaza
Uniondale, NY 11556

*Attorneys for Defendants*

SO ORDERED:    9/24/2024

_____
HON. JUDGE VALERIE E. CAPRONI